IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DORIS BUSBY SMITH, | § | |
| *Plaintiff,* | § | SA-21-CV-00357-ESC |
| vs. | § | |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion to Remand For Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#14], which requests that this Court remand this case to the Commissioner for further administrative proceedings. Plaintiff does not oppose the Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Remand [#14] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's decision is hereby **REVERSED and REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

SIGNED this 19th day of November, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE